(106 So. 203)

Ex parte Frank NUNNLEY. (8 Div. 822.)

(Supreme Court of Alabama. Nov. 12, 1925.)

Certiorari to Court of Appeals.

Bradshaw & Barnett, of Florence, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Frank Nunnley for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Nunnley v. State, 106 So. 203.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.